NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ION GEOPHYSICAL CORPORATION,**
*Plaintiff-Cross Appellant,*

**v.**

**SERCEL, INC.,**
*Defendant-Appellant.*

---

2011-1255, -1269

---

Appeal from the United States District Court for the Eastern District of Texas in Case No. 06-CV-0236, Judge David J. Folsom.

---

**JUDGMENT**

---

MATTHEW G. REEVES, Locke Lord Bissell & Liddell LLP, of Houston, Texas, argued for plaintiff-cross appellant. With him on the brief was CHRISTOPHER DOVE. On the brief was MICHAEL O. SUTTON, Sutton McAughan Deaver PLLC, of Houston Texas.

GREGORY A. CASTANIAS, Jones Day, of Washington, DC, argued for the defendant-appellant. With him on the brief were HILDA C. GALVAN, ROBERT W. TURNER, and MARGARET I. LYLE, Dallas, Texas.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 17, 2012          /s/ Jan Horbaly
Date                          Jan Horbaly
                                Clerk